IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| RACHEL BAILEY,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | Case No. 26-cv-00485-DKW-KJM<br><br>**ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND COSTS[1]** |

Plaintiff Rachel Bailey, proceeding with counsel, moves for leave to proceed without prepaying fees or costs ("IFP Application") in this Social Security appeal. Dkt. No. 2.

Federal courts can authorize the commencement of any suit without prepayment of fees or security by a person who submits an affidavit that demonstrates an inability to pay. *See* 28 U.S.C. § 1915(a)(1). While Section 1915(a) does not require a litigant to demonstrate absolute destitution, *Adkins v. E.I. Du Pont de Nemours & Co.*, 335 U.S. 331, 339 (1948), the applicant must nonetheless show that she is "unable to pay such fees or give security therefor," 28 U.S.C. § 1915(a).

[1]Pursuant to Local Rule 7.1(c), the Court finds these matters suitable for disposition without a hearing.

Here, Bailey has made the required showing under Section 1915(a). In the IFP Application, Bailey states that she receives $500 per month in SNAP food stamps and $410 per month from the State of Hawaii General Assistance. Dkt. No. 2 at 1. Her regular monthly expenses for rent and internet come to $865, and she owes $7,200 to her landlord for rent. *Id*. at 2. Her only stated assets are $4.60 in a checking or savings account. *Id*.

In light of these figures, Bailey's income falls below the poverty threshold identified by the Department of Health and Human Services' ("HHS") 2026 Poverty Guidelines,[2] and she has insufficient income and/or assets to pay the filing fee. *See Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015). In addition, Bailey has insufficient assets to provide security. Accordingly, the Court GRANTS the IFP Application, Dkt. No. 2.

IT IS SO ORDERED.

DATED: October 22, 2026 at Honolulu, Hawai'i.

/s/ Derrick K. Watson

Derrick K. Watson
Chief United States District Judge

---



[2]HHS Poverty Guidelines, available at: https://aspe.hhs.gov/sites/default/files/documents/b1bfa16b20ae9b89d525bc35de7c1643/detailed-guidelines-2026.pdf.